IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

TERRANCE MADISON,

                Petitioner,

                              MEMORANDUM and ORDER
  v.                                        07-cv-437-jcs

WILLIAM POLLARD,

                Respondent.
_____

On January 4, 2008 the above entitled petition for a writ of habeas corpus was dismissed as untimely. Petitioner moves reconsideration. He alleges that he mailed his petition on July 18th, 2007 which would have made his petition timely. He has not, however, submitted proof that the petition was delivered to be mailed that day only that he ordered extra postage that day. The Court did not receive his petition until August 8, 2007. Petitioner's motion for reconsideration will be denied.

                                  ORDER

IT IS ORDERED that petitioner's motion for reconsideration is DENIED.

Entered this 23rd day of January, 2008.

                                    BY THE COURT:

                                    /s/
                                    _____
                                    JOHN C. SHABAZ
                                    District Judge